| | |
|---|---|
| Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Thomas D. Berghman, Esq.<br>Texas Bar No. 24082683<br>Garrick C. Smith, Esq.<br>Texas Bar No. 24088435<br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>500 N. Akard St., Ste. 4000<br>Dallas, TX 75201<br>Telephone:  (214) 855-7500<br>E-mail:     drukavina@munsch.com<br>            tberghman@munsch.com<br>            gsmith@munsch.com<br><br>COUNSEL TO THE OIL AND GAS DEBTORS<br>AND THE OREGON DEBTORS | Hudson M. Jobe<br>Texas Bar No. 24041189<br>**JOBE LAW PLLC**<br>6060 North Central Expressway, Suite 500<br>Dallas, TX 75206<br>(214) 807-0563<br>hjobe@jobelawpllc.com<br><br>COUNSEL TO O'RYAN RANCHES, LTD. |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>SCANROCK OIL & GAS, INC., *et al.*,<br><br>    Debtors.[1] | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 25-90001-mxm11<br><br>Jointly Administered |
| Well Castle Limited *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>Ryan Drilling, LLC, Individually and<br>d/b/a O'Ryan Drilling *et al.*<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Proc. No. 25-04073-mxm |

### MOTION TO SUBSTITUTE COUNSEL FOR
### THE DEFENDANTS AND REORGANIZED DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); and Smackover Oil Treaters, Ltd. (9529); O'Ryan Ranches, Ltd. (7184); O'Ryan Ranches, LLC (6467); and O'Ryan Oregon Ranches, LLC. The location of the Debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the Debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the Debtors' noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

The reorganized debtors ("Reorganized Debtors") in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") file this *Motion to Substitute Counsel for the Reorganized Debtors* (the "Motion"), and, in support, respectfully state:

## I.  PROCEDURAL HISTORY

**A.  The Bankruptcy Cases**

1. On February 3, 2025, Scanrock Oil & Gas, Inc. ("Scanrock") and O'Ryan Ranches, Ltd. filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

2. On February 9, 2025, EON Production, LLC; O'Ryan Family Limited Partnership; O'Ryan Production & Exploration, Ltd.; O'Ryan Ponderosa, LLC; Ryan C. Hoerauf, Inc.; and Smackover Oil Treaters Ltd. (together with Scanrock, the "Oil and Gas Debtors" or "O&G Debtors") filed for chapter 11 in this Court for all of the Debtors to be jointly administered. On February 14, 2025, the *Order Directing Joint Administration of the Chapter 11 Cases* [Docket No. 46] was entered, providing for the joint administration of these Cases under the lead case Scanrock Oil & Gas, Inc., Case No. 25-90001-mxm11 (the "Lead Case"). O'Ryan Oregon Ranches, LLC and O'Ryan Ranches, LLC (the "Oregon Debtors") filed for chapter 11 on April 25, 2025, in order to be jointly administered with these Cases. On May 1, 2025, the *Second Order Directing Joint Administration* [Docket No. 299] was entered, providing for the joint administration of the Oregon Debtors in the Lead Case.

3. On March 4, 2025, the Oil and Gas Debtors' *Application to Employ Munsch Hardt Kopf & Harr, P.C. as Attorneys for the Oil and Gas Debtors Effective as of the Petition Date* [Docket No. 96] ("MHKH First Retention Application") was filed, seeking, among other things,

to employ and retain Munsch Hardt to serve as general bankruptcy counsel to the Oil and Gas Debtors. On the same date, O'Ryan Ranches, Ltd. filed its *Application to Employ Jobe Law PLLC as Attorneys for O'Ryan Ranches, Ltd. Effective as of the Petition Date* [Docket No. 104] ("Jobe Law PLLC Retention Application"), seeking, among other things, to employ and retain Jobe Law PLLC to serve as general bankruptcy counsel to O'Ryan Ranches, Ltd.

4. On April 17, 2025, the Court signed and entered the *Order Authorizing the Debtors' Employment of Munsch Hardt Kopf & Harr, P.C. as Attorneys to the Oil and Gas Debtors Effective as of the Petition Date* [Docket No. 251].

5. On May 5, 2025, the Court signed and entered the *Order Authorizing the Employment of Jobe Law PLLC as Attorneys for O'Ryan Ranches, Ltd. Effective as of the Petition Date* [Docket No. 302].

6. On May 13, 2025, the *Application to Employ Munsch Hardt Kopf & Harr, P.C. as Attorneys for the Oregon Debtors Effective as of the Petition Date* [Docket No. 325] ("MHKH Second Retention Application") was filed in these Chapter 11 Cases. On June 12, 2025, the Court signed the *Order Authorizing the Debtors' Employment of Munsch Hardt Kopf & Harr, P.C. as Attorneys to the Oregon Debtors Effective as of the Petition Date* [Docket No. 393].

7. On September 8, 2025, the Court entered the *Amended Order Confirming the Debtors' Amended Joint Consolidated Plan of Reorganization* [Docket No. 541] (the "Confirmation Order").

8. On September 22, 2025, the Debtors filed the *Notice of Effective Date and Plan Deadlines* [Docket No. 548], advising that the Effective Date of the Plan occurred on September 20, 2025, and advising of related dates and deadlines applicable pursuant to the Plan.

9. On October 31, 2025, attorneys J. Mark Chevallier and Bryan Rochelle of Rochelle McCullough, LLP entered Notices of Appearances for the Reorganized Debtors at Docket Nos. 578 and 579

**B.    The Adversary Proceeding**

10. On May 5, 2025, a *Notice of Removal* was filed, removing certain State Court Actions (as defined in the *Notice of Removal*) and instituting adversary proceeding no. 25-04073 (the "Adversary Proceeding") before this Court. *See* Adv. Proc. ECF 1.

11. On May 21, 2025, the *Agreed Order Concerning Emergency Motion to Transfer Venue to the Northern District of Texas, Fort Worth Division* [Adv. Proc. ECF 10] was entered, establishing venue of the Adversary Proceeding before this Court.

12. On October 31, 2025, attorneys J. Mark Chevallier and Bryan Rochelle of Rochelle McCullough, LLP entered Notices of Appearances for the Defendants in the Adversary Proceeding at Adv. Proc. Docket Nos. 22 and 23.

## II.    RELIEF REQUESTED

13. By this Motion, the Reorganized Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing the withdrawal of Munsch Hardt Kopf & Harr, P.C. and Jobe Law PLLC and substitution of Rochelle McCullough, LLP as counsel of record for the Defendants and Reorganized Debtors in the Adversary Proceeding.

14. The Debtors' Plan has been confirmed, the Confirmation Order is final and non-appealable, the Effective Date of the Debtor's Plan has occurred, and replacement counsel for the Reorganized Debtors have been retained and entered appearances in the Bankruptcy Cases. Similarly, replacement counsel for the Defendants in the Adversary Proceeding have already been procured and have entered appearances therein. Substitution of counsel of record for the

Defendants in the Adversary Proceeding at this juncture presents no opportunity for delay nor prejudice to any party-in-interest.

### III.     CONCLUSION & PRAYER

WHEREFORE, PREMISES CONSIDERED, the Reorganized Debtors respectfully request entry of the Proposed Order authorizing the withdrawal of Munsch Hardt Kopf & Harr, P.C. and Jobe Law PLLC and substitution of Rochelle McCullough, LLP as their counsel of record, and granting the Defendants and Reorganized Debtors all other and further relief, at law or in equity, to which they may be entitled.

[*Signature page follows*]

RESPECTFULLY SUBMITTED on November 6, 2025.

        **MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Garrick C. Smith*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Garrick C. Smith, Esq.
    Texas Bar No. 24088435
    Jonathan S. Petree
    Texas Bar No. 24116897
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: tberghman@munsch.com
    E-mail: gsmith@munsch.com
    E-mail: jpetree@munsch.com

**COUNSEL TO THE OIL AND GAS DEBTORS AND THE OREGON DEBTORS**

- and -

**JOBE LAW PLLC**

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    6060 North Central Expressway, Suite 500
    Dallas, TX 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

**COUNSEL TO O'RYAN RANCHES, LTD.**

## CERTIFICATE OF SERVICE

    I certify that, on November 6, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

        By: */s/ Jonathan S. Petree*
            Jonathan S. Petree